UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROY IRWIN ABBOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 05-89-B-W |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed June 24, 2005 the Recommended Decision is accepted.

Accordingly, it is **ORDERED** that this action is DISMISSED as frivolous.

/s/John A. Woodcock, Jr.
United States District Judge

Dated this 15th day of July, 2005.